177

**Suellen Seidner TRITT, Plaintiff–
Appellant,**

v.

**AUTOMATIC DATA PROCESSING
INC. LONG TERM DISABILITY
PLAN, et al., Defendants–Appellees.**

No. 12–3665.

United States Court of Appeals,
Second Circuit.

Sept. 25, 2013.

David M. Hoffman, Summit, NJ (Daniel
Benjamin, Benjamin & Gold PC, Stamford,
CT on the brief), for Plaintiff–Appellant.

Michael T. Graham, McDermott Will &
Emery LLP, Chicago, IL, for Defendants–
Appellees.

PRESENT: RALPH K. WINTER,
WALKER, RICHARD C. WESLEY,
Circuit Judges.

### SUMMARY ORDER

Plaintiff-appellant Suellen Tritt, appeals
the district court's grant of judgment on
the administrative record for Defendants–
Appellees. Plaintiff filed this action to
recover disability benefits allegedly owed
her under her former employer's ERISA-
covered long-term disability insurance
plan. We assume the parties' familiarity
with the underlying facts and procedural
history of the case. The only argument
Tritt makes on appeal is that the district
court improperly interpreted a clause in
her insurance policy limiting benefits for
psychiatric disabilities. Since this issue
was not presented to the district court, we
need not entertain it here. *Greene v.
United States,* 13 F.3d 577, 585–86 (2d
Cir.1994). In any event, the clause is un-
ambiguous and was properly interpreted
by the district court.

Accordingly, we **AFFIRM** the judgment
of the district court.[1]

---

1. Prior to oral argument, Tritt's counsel
   moved to adjourn. We denied the motion and took the case on submission.